Bethany G. Lukitsch, Bar No. 314376
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: blukitsch@bakerlaw.com

*Attorneys for Defendant*
CONVERGENT OUTSOURCING, INC.

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kaz1g.corn
Mona Amini, Esq. (SBN: 296829)
mona@kaz1g.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**LOS ANGELES LEGAL SOLUTIONS**
F. Jay Rahimi, Esq. (SBN: 305286)
jay@lalslaw.com
17200 Ventura Blvd., Suite 115
Encino, California 91316
Telephone: (818) 510-0555
Facsimile: (818) 510-0590

*Attorneys for Plaintiff*
ANTHONY CORTEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CORTEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | Case No. 1:23-cv-00317-ADA-CDB<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO CONTINUE ALL DEADLINES 45 DAYS**<br><br>Complaint Filed: November 15, 2022 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Civil Local Rule 160(a), Defendant Convergent Outsourcing, Inc. ("Defendant"), and the above-named Plaintiff Anthony Cortez ("Plaintiff") (collectively, the "Parties"), by their attorneys, hereby state as follows:

1. The Parties have reached an agreement that has been memorialized in writing. Both Parties have executed the settlement agreement; however, payment is pending and according to the terms of the agreement will be made by July 15, 2023.

2. Plaintiff filed this action on November 15, 2022, in the Superior Court of the State of California, Kern County [Dkt. No. 1, Ex. A].

3. Defendant was served on January 31, 2023 and removed this action to federal court on March 2, 2023 [Dkt. No. 1].

4. Defendant's responsive pleading deadline is June 20, 2023 [Dkt. No. 11].

5. A scheduling conference is set for July 25, 2023 [Dkt. No. 9].

6. Accordingly, to avoid potentially unnecessary proceedings in this Court, the Parties respectfully request that this Court continue all deadlines and hearings for forty-five (45) days.

## **STIPULATION**

The Parties hereby stipulate and respectfully request the Court do the following:

1. Continue all deadlines and hearings for forty-five (45) days.

**IT IS SO STIPULATED.**

///

///

///

///

///

Dated:   June 20, 2023            Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:   /s/ *Bethany G. Lukitsch*
     Bethany G. Lukitsch

Attorneys for Defendant

**KAZEROUNI LAW GROUP, APC**

By:   */s/ Mona Amini (as authorized on June 16, 2023)*
     Abbas Kazerounian
     Mona Amini

Attorneys for the Plaintiff

## **ATTESTATION**

I, Bethany G. Lukitsch, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Bethany G. Lukitsch
Bethany G. Lukitsch